ACCEPTED
03-15-00261-CV
5186131
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 9:19:14 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00261-CV

### IN THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 9:19:14 AM
JEFFREY D. KYLE
Clerk

### THOMAS D. YOUNG A/K/A T. DAVID YOUNG

*Appellant*

### v.

### JP MORGAN CHASE BANK, N.A.

*Appellee*

---

### NOTICE OF APPEARANCE ON BEHALF OF APPELLEE JPMORGAN CHASE BANK, N.A.

---

The following counsel hereby make their appearance as counsel of record for Appellee JPMorgan Chase Bank, N.A.:

Marcie L. Schout (Lead Counsel)
Texas Bar No. 24027960

Wm. Lance Lewis
Texas Bar No. 12314560

Rachel Lee Hytken
Texas Bar No. 24072163

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile).

Respectfully submitted,

 */s/ Marcie L. Schout*
MARCIE L. SCHOUT
Texas Bar No. 24027960
WM. LANCE LEWIS
Texas Bar No. 12314560
RACHEL LEE HYTKEN
Texas Bar No. 24072163
**QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
mschout@qslwm.com
llewis@qslwm.com
rhytken@qslwm.com

**ATTORNEYS FOR APPELLEE
JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

This is to certify that on May 7, 2015, a true and correct copy of the foregoing pleading has been furnished to Appellant via certified mail, return receipt requested, in accordance with the Texas Rules of Civil Procedure.

Stephen Casey
CASEY LAW OFFICE, P.C.
595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681

 */s/ Marcie L. Schout*
Marcie L. Schout